

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 5, 2022

**BY ECF**

*I am sorry for Ms. Jones' troubles, but she is not at liberty to ignore Court orders, such as the one that she submit her sentencing memo by 11/28/22. Counsel either have to comply with deadlines or make an application, before the deadline has run, for an extension.*

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Sentencing adjourned to 1/12/23 at 2:30 pm. Defendant's sentencing submission due 12/29/22. Government's sentencing submission due 1/5/22.*

SO ORDERED.

/s/ Cathy Seibel   12/5/22
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Charlie Mendoza*, S2 21 Cr. 543 (CS)

Dear Judge Seibel:

Per the parties' telephone call to the Court this afternoon, defense counsel has respectfully requested a second adjournment of the sentencing of Charlie Mendoza from 10:30 A.M. on December 12, 2022, to 2:30 P.M. on January 12, 2022. In connection with this adjournment request, the parties also request that the Court extend the deadlines for their sentencing submissions: for defendant, from November 28, 2022, to December 29, 2022, *nunc pro tunc*, and for the Government, from December 5, 2022, to January 5, 2022. As relayed on the telephone call, defense counsel has encountered issues that are the basis for these requests.

I thank the Court for its consideration of this submission.

                Respectfully submitted,
                DAMIAN WILLIAMS
                United States Attorney

by: */s/ Steven J. Kochevar*
     Steven J. Kochevar
     Assistant United States Attorney
     (914) 993-1928
     steven.kochevar@usdoj.gov

cc:   Leslie Jones Thomas (by ECF)